IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GORDON R. DAVIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DISTEFANO TECHNOLOGY & MFG, LLC,<br>a Nebraska Corporation<br><br>Defendant. | 8:17CV403<br><br>**ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 22nd day of December, 2017.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge