**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| GORDON R. DAVIS, an individual; | |
| Plaintiff, | 8:17CV403 |
| vs. | |
| | ORDER |
| DISTEFANO TECHNOLOGY & MFG., LLC, a Nebraska Corporation; | |
| Defendant. | |

This matter is before the Court following counsel's April 5, 2018, email notification that the parties have scheduled mediation of this case for May 1, 2018, with Mike Kinney. Pursuant to the parties' March 26, 2018, joint letter regarding mediation, the parties agree that the progression of the case should be stayed pending the outcome of their mediation. Accordingly,

**IT IS ORDERED:**

1. All case progression deadlines are stayed pending the outcome of mediation;

2. On or before **May 7, 2018**, the parties shall notify the Court regarding the outcome of mediation; and

3. The planning conference currently scheduled for **April 30, 2018**, is canceled, and will be reset if mediation is not successful.

Dated this 5th day of April, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge